## No. 254

No. 19495—Frank R. Gross v. The Ohio Savings & Trust Co. Error to the Court of Appeals of Athens County.

**557. FRAUD—Where one with ordinary faculties, who can read and write, signs a paper, he cannot rely upon fraud as a defense.**

MATTHIAS, J.

A person possessing the ordinary faculties and being able to read and write, who signs a negotiable promissory note though printed on the same sheet of paper with a subscription for stock which he also signed, the note being separately set out and clearly and distinctly

printed, with no conditions whatever therein, which instrument the maker had full opportunity to read, and he thereafter voluntarily delivers the same to the payee, is not relieved from liability to a **bona fide** indorsee of the severed note, for value before due, upon the ground that the maker was induced by fraudulent representations as to the character of the paper to believe that he was signing and delivering an instrument other than a promissory note.

Judgment affirmed.

Marshall, CJ., Day, Allen, Kinkade, Robinson and Jones, JJ., concur.

The Ohio Law Abstract

# QUAD DIGEST
# FOR 1927

### Covers The Past Four Years of Ohio Court Work

No matter what other Digest you have, or buy, two-thirds of the Cases in the Quad will not be in your Digest.

## 3000 CASES ARE A GOOD MANY NOT TO HAVE

But if your adversary has the Quad, and you do not, he has a store of over that number of Cases to draw from, to use against you, that you are ignorant of. Then

## WHAT IS LIKELY TO HAPPEN TO YOU?

Price $7.50, but Now $6.00. Cash with the Order.

# THE OHIO MANUAL
## OF
# BUSINESS CORPORATION
# LAW
# AND FORMS

### By Jay F. Laning

### Second Edition

### Revised to Conform to the New 1927 General Corporation Code

promoted by the Ohio State Bar Association, sponsored by the Ohio Chamber of Commerce, supported by the Ohio State Bench and Bar generally, and recently enacted by the General Assembly of the State.

This new edition of the Laning Corporation Manual, which has been out of print several years, will be a

### Handbook of All Ohio Corporation Law

in one vloume, with Old Forms and Instructions revised to make them conform to the new laws, and many new ones required by the Code provisions.

It will be replete with pertinent annotations and references, and especially cite the Ohio Law Abstract recent cases.

Will be ready for delivery, at an early day. Watch for further early announcement in the Law Abstract, as to Price and Date of Delivery.

In Budgeting your current Expenditures, put this Manual in it, as an indispensable item.

The Law Abstract Co., Publishers.